JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JACQUELINE BROWN, an individual;,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Corporation; TARGET JEFFERSON BOULEVARD, LLC., a California Limited Liability Company; and DOES 1 to 50, Inclusive ,<br><br>Defendant. | Case No. 2:21-cv-06846-ODW(AGR)<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT** |

The Stipulation of Defendant TARGET CORPORATION and Plaintiff JACQUELINE BROWN for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court-111 N. Hill Street, Los Angeles, Ca. 90012, pursuant to the terms of the Stipulation as Case No. 20STCV46497.

Dated: September 15, 2021  _____

UNITED STATES DISTRICT JUDGE

---

**[PROPOSED] ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT**